387 A.2d 104

Commonwealth v. Brown, Appellant.

Argued December 7, 1977. Lee Mandell, for appellant; Randolph L. Goldman, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.